## Commonwealth *v*. Dobson, Appellant.

Before FORER, J., without a jury.

Submitted September 11, 1975. *Marilyn J. Gelb,* for appellant; *Barry H. Oxenburg, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,*

Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; petition for reargument refused February 26, 1976.